FREDERICK S. DALRYMPLE, COLLECTOR, &c., PLAINTIFF IN ERROR, v. THE WARREN MANUFACTURING COMPANY, DEFENDANT IN ERROR.

On error to the Supreme Court.  For opinion of that court, see 27 *Vroom* 449.

For the plaintiff in error, *Richard S. Kuhl* and *William M. Lanning.*

For the defendant in error, *William S. Gummere.*

PER CURIAM.

The judgment below is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, LIPPINCOTT, MAGIE, VAN SYCKEL, BROWN, KRUEGER, SIMS.   9.

*For reversal*—REED.   1.